IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00181-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DAVID I. HILLMAN,

    Defendant.

_____

### ORDER SETTING TRIAL DATES AND DEADLINES
_____

    This matter has been scheduled for a four-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **July 27, 2009 at 8:00 a.m.**  It is

    ORDERED that all pretrial motions shall be filed by **June 24, 2009** and responses to these motions shall be filed by **July 1, 2009.**  It is further

    ORDERED that a Trial Preparation Conference is set for **July 23, 2009 at 3:00 p.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

    The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

    3)    timing of presentation of witnesses and evidence;

    4)    anticipated evidentiary issues;


5)      any stipulations as to fact or law; and

6)      any other issue affecting the duration or course of the trial.

DATED June 5, 2009.

                                                  BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge