IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00181-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DAVID I. HILLMAN,

    Defendant.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on the Motion for Clarification of Trial Setting [Docket No. 52]. Although the parties originally indicated that this was a four-day trial, the Court is available on Monday, November 16, 2009, should it be necessary. Wherefore, the Motion for Clarification of Trial Setting [Docket No. 52] is GRANTED.

    DATED September 9, 2009.