**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 9, 2010 |
| Court Reporter: Janet Coppock | Time: one hour and 18 minutes |
| Probation Officer: Kurt Thoene | Interpreter: n/a |

**CASE NO. 09-CR-00181-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Timothy Neff<br>Jaime Pena |
| Plaintiff, | |
| vs. | |
| **DAVID I. HILLMAN,** | Daniel Sears |
| Defendant. | |

---

**SENTENCING**

---

**1:35 p.m. COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendant is present and on bond. Special Agent Ted Lair is present.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Court will address defendant’s objection to the 2 level obstruction of justice enhancement

**1:38 p.m.** Argument by Mr. Neff.

**1:46 p.m.** Argument by Mr. Sears.

Court states its findings and conclusions.

**ORDERED:** Defendant’s objection is **OVERRULED**.

Court will address defendant’s objection to the restitution proposed to be imposed.

**2:02 p.m.** Argument by Mr. Sears.

**2:06 p.m.** Argument by Mr. Neff.

**2:16 p.m.** Argument by Mr. Sears in support of defendant’s Motion for Non-Guideline Sentence and comments addressing sentencing. Questions by the Court.

**2:31 p.m.** Argument by Mr. Neff and comments addressing sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Motion for Non-Guideline Sentence (Doc #130), filed 1/19/10 is **GRANTED.**

**ORDERED:** Defendant was found **GUILTY** to Counts **One, Two, Three, Four, Five, Six and Seven** of the Indictment on November 17, 2009.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **60** months, as to Counts One, Two, Three, Four, Five, Six and Seven, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **Federal Detention Center Englewood, CO,** assuming his security classification is appropriate.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years, as to Counts One, Two, Three, Four, Five, Six and Seven, to be served concurrently.

**ORDERED:** **Conditions** of Supervised Release that:

(**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(**X**) Defendant shall not commit another federal, state or local crime.

(**X**) Defendant shall not illegally possess controlled substances.

(**X**) Defendant shall not possess a firearm or destructive device.

(**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.

(**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

(**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

(**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:

(**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule.

(**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

(**X** As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

(**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:** Defendant shall pay **$700.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of imprisonment and supervised release are WAIVED.

**ORDERED:** Defendant shall make **restitution** as follows:

**Great West Life and Annuity** **$806,096.85**
**Re: David Hillman, Case No. 09-cr-00181-PAB**
**P.O. Box 1700**
**Denver, Colorado 80201**

Restitution is ORDERED jointly and severally with the following defendant:

| Name | Case Number | Amount |
|---|---|---|
| **Hillary Shaffer** | **07-cr-00383-EWN-01** | **$806,096.85** |

Any unpaid restitution balance upon release from incarceration shall be paid in monthly installment payments during the term of supervised release. The monthly installment payment will be calculated as at least 10 percent of the defendant's gross monthly wages. Interest on restitution is WAIVED.

**ORDERED:** Any profits from assets currently held by the Government that has not been liquidated shall be applies towards the restitution balance.

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the designated institution on or before **12:00 noon on May 10, 2010.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond continued.

**3:03 p.m. COURT IN RECESS**

**Total in court time: 78 minutes**

**Hearing concluded**